**Dismiss and Opinion Filed October 31, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00509-CV**

**JRMAR "JJ" JEFFERSON, Appellant**
**V.**
**BILIRAE JOHNSON, IN HER OFFICIAL CAPACITY AS CITY**
**SECRETARY FOR THE CITY OF DALLAS, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-03562**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Breedlove
Opinion by Justice Breedlove

Appellant's brief in this case is overdue. On September 25, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(c). To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See id*. 38.8(a)(1); 42.3(c).


/Maricela Breedlove/

230509f.p05                                MARICELA BREEDLOVE
                                           JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JRMAR "JJ" JEFFERSON,
Appellant

No. 05-23-00509-CV     V.

BILIRAE JOHNSON, IN HER
OFFICIAL CAPACITY AS CITY
SECRETARY FOR THE CITY OF
DALLAS, Appellee

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-03562.
Opinion delivered by Justice
Breedlove. Justices Partida-Kipness
and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 31st day of October, 2023.